In re Estate of Porter Maddox, Deceased. Petition of Herman Maddox, Administrator of Estate of Porter Maddox, Deceased. Appeal of Odessa Flanagan.

Gen. No. 43,415.

opinion filed April 2, 1947; released for publication April 25, 1947. Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel; Henry C. Ferguson, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.